IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

      **Plaintiff,**

   v.                                                 Civil Action 2:23-cv-3010
                                                        Judge Michael H. Watson
                                                        Magistrate Judge Kimberly A. Jolson

UNITED HEALTHCARE
SERVICES, INC.,

      **Defendant.**

## ORDER

Before the Court is the parties' joint status report proposing new case deadlines.  (Doc. 75). While the parties agree on an amended mediation date, they disagree on other case deadlines.  (*Id.*). Plaintiff seeks more time for expert-related deadlines and the dispositive motion deadline than Defendant does.  (*Id.*).  The Court finds good cause supports splitting the difference.

Accordingly, the Court **AMENDS** the case schedule as follows:

- Mediation                                            December 4, 2025
- Status report on mediation                 December 11, 2025
- Status report on expert discovery       January 12, 2026
- Primary expert depositions                 February 13, 2026
- Rebuttal expert reports                     March 13, 2026
- Rebuttal expert depositions                April 17, 2026
- Dispositive motions                         May 18, 2026

**The Court will not extend these deadlines**.  The parties must work together to meet them.

IT IS SO ORDERED.

Date: November 20, 2025  /s/Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE