IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) | Civil Action No. 2:23-cv-3010 |
| Plaintiff,<br>v. | ) ) ) ) | Judge Michael H. Watson |
| | ) | Magistrate Judge Kimberly A. Jolson |
| UNITED HEALTHCARE SERVICES, INC. | ) ) | |
| Defendant. | ) ) ) ) ) | |

**DEFENDANT'S PARTIALLY OPPOSED MOTION FOR EXTENSION OF TIME TO OPPOSE PLAINTIFF'S MOTION TO EXCLUDE DEFENSE EXPERT AND STRIKE EXPERT REPORT AND TESTIMONY**

Pursuant to Local Rule 7.3(a) and Judge Michael H. Watson's Standing Order for Civil Cases, Section IV, Defendant United Healthcare Services, Inc. ("Defendant"), by and through the undersigned counsel, respectfully requests an extension of time until June 23, 2026 to respond to Plaintiff United States Equal Employment Opportunity Commission's ("Plaintiff") Motion to Exclude Defense Expert and Strike Expert Report and Testimony. Plaintiff partially opposes the relief requested in this Motion. In support of this Motion, Defendant states as follows:

1. On May 14, 2026, Plaintiff filed a Motion to Exclude Defense Expert and Strike Expert Report and Testimony. ECF No. 79.

2. Pursuant to Judge Michael H. Watson's Standing Order for Civil Cases, Defendant's response to Plaintiff's Motion is due 10 days later, on May 26, 2026.

3. Due to schedule and work conflicts, including the Memorial Day holiday, and in order to thoroughly respond to Plaintiff's Motion (which is 20 pages long and has nearly 800

pages of exhibits), Defendant's require an extension of time to do so.  Additionally, Defendant requires additional time to consult with its expert, Dr. Michael Bolaris, who is a working physician, regarding the Motion.

4.      Defendant's request is not made for the purpose of delay and it will not prejudice any parties in the litigation of this case or the Court.  Indeed, Defendant only recently filed its Motion for Summary Judgment, ECF No. 81, on May 18.  Neither a Final Pretrial Conference nor Trial are scheduled.  Defendant's request for an extension will not delay summary judgment briefing, nor will it otherwise delay the progress of this case.

5.      On May 21, 2026, Defendant sought Plaintiff's consent to the relief requested in this motion.[1]  On May 22, Plaintiff stated that it opposes the requested relief, but consents to a one week extension of time.  Defendant states that a one week extension is an insufficient time for Defendant to meaningfully respond to the Motion, and Plaintiff has not articulated any way in which it would be prejudiced by the proposed extension.

WHEREFORE, Defendant respectfully requests that this Court extend the time in which Defendant may file its response to Plaintiff's Motion to Exclude Defense Expert and Strike Expert Report and Testimony to June 23, 2026.

---

[1] Defendant sought Plaintiff's consent to an extension until June 29, 2026.  Herein, Defendant seeks an extension until June 23, 2026.

3

DATE:  May 22, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By*: /s/ Daniel Birnbaum*

Daniel Birnbaum
DBirnbaum@seyfarth.com
Christopher J. DeGroff (*pro hac vice*)
cdegroff@seyfarth.com
Dawn Reddy Solowey (*pro hac vice*)
dsolowey@seyfarth.com
Jesse M. Coleman (*pro hac vice*)
JMColeman@seyfarth.com
Samantha L. Brooks (*pro hac vice*)
sbrooks@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
Telephone:      (312) 460-5000
Facsimile:      (312) 460-7000

*Attorneys for Defendant*

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing DEFENDANT'S

PARTIALLY OPPOSED MOTION FOR EXTENSION OF TIME TO OPPOSE PLAINTIFF'S

MOTION TO EXCLUDE DEFENSE EXPERT AND STRIKE EXPERT REPORT AND

TESTIMONY have been electronically filed and served upon all counsel of record using the

CM/ECF system on this the 22nd day of May, 2026.

> Jessi Isenhart, Trial Attorney
> Emily Datnoff, Trial Attorney
> Taylor Hilton, Trial Attorney
> U.S. Equal Employment Opportunity Commission
> Cleveland Field Office
> 1240 E. 9th Street, Suite 3001
> Cleveland, OH 44199
> jessi.isenhart@eeoc.gov
> emily.datnoff@eeoc.gov
> taylor.hilton@eeoc.gov
>
> *Attorneys for Plaintiff*

> */s/ Daniel Birnbaum*
> Daniel Birnbaum

4