IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

UNITED STATES EQUAL EMPLOYMENT ) 
OPPORTUNITY COMMISSION, )
                 )     Civil Action No. 2:23-cv-3010
                 )
     Plaintiff, )     Judge Michael H. Watson
v.                  )
                 )     Magistrate Judge Kimberly A. Jolson
                 )
UNITED HEALTHCARE SERVICES, INC. )
                 )
     Defendant. )
                 )
                 )
                 )

## DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO  MOTION FOR EXTENSION OF TIME TO OPPOSE PLAINTIFF'S MOTION TO EXCLUDE DEFENSE EXPERT AND STRIKE EXPERT REPORT AND TESTIMONY

Pursuant to Local Rule 7.3(a) and Judge Michael H. Watson's Standing Order for Civil Cases, Section IV, Defendant United Healthcare Services, Inc. ("Defendant"), by and through the undersigned counsel, respectfully submits this Reply is further support of its request for an extension of time until June 23, 2026 to respond to Plaintiff United States Equal Employment Opportunity Commission's ("Plaintiff") Motion to Exclude Defense Expert and Strike Expert Report and Testimony.

Plaintiff argues that the extension sought is "four times the opposition period allowed by the Court's Civil Standing Order."  ECF No. 85 at 1.  This misses the point of the Order.  The Court's Civil Standing Order contemplates that *Daubert* motions will "be filed at least thirty days prior to the Final Pretrial Conference" – which explains the expedited briefing schedule, including a 10-day opposition deadline and the fact that replies to such motions are not permitted.  In other words, the typically expedited circumstances for a tight briefing schedule (imminent trial) are not

present here.  Plaintiff chose to file its Motion without a Final Pretrial Conference being scheduled. The EEOC must concede, both parties in this litigation have been granted extensions to certain deadlines where appropriate.

The EEOC argues that Defendant has not shown good cause for the requested extension. The EEOC ignores that Defendant's Motion does show good cause for the extension: the extension is needed to accommodate schedule and work conflicts, including the Memorial Day holiday weekend, and in order to thoroughly respond to Plaintiff's Motion (which is 20 pages long).  Plus, as stated in the Motion, Defendant requires additional time to consult with its expert and the target of the Motion, Dr. Michael Bolaris, who is a working physician with a full patient load, Defendant submits that given these restraints and restrictions, the requested extension is reasonable, made in good faith, and will not prejudice the Court or the Parties.

Ultimately, the only tangible basis for resistance that the EEOC has articulated is the June 8, 2026 deadline for the EEOC to file its opposition to Defendant's Motion for Summary Judgment.  Defendant would be agreeable to reasonable extension of Plaintiff's Opposition deadline to account for Defendant's requested extension, which would eliminate Plaintiff's sole claim of prejudice.

WHEREFORE, Defendant respectfully requests that this Court extend the time in which Defendant may file its response to Plaintiff's Motion to Exclude Defense Expert and Strike Expert Report and Testimony to June 23, 2026.

2

DATE:  May 26, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By*: /s/ Daniel Birnbaum*

Daniel Birnbaum
DBirnbaum@seyfarth.com
Christopher J. DeGroff (*pro hac vice*)
cdegroff@seyfarth.com
Dawn Reddy Solowey (*pro hac vice*)
dsolowey@seyfarth.com
Jesse M. Coleman (*pro hac vice*)
JMColeman@seyfarth.com
Samantha L. Brooks (*pro hac vice*)
sbrooks@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
Telephone:        (312) 460-5000
Facsimile:        (312) 460-7000

*Attorneys for Defendant*

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing DEFENDANT'S REPLY TO

PLAINTIFF'S PARTIALLY OPPOSED MOTION FOR EXTENSION OF TIME TO OPPOSE

PLAINTIFF'S MOTION TO EXCLUDE DEFENSE EXPERT AND STRIKE EXPERT

REPORT AND TESTIMONY have been electronically filed and served upon all counsel of

record using the CM/ECF system on this the 26th day of May, 2026.

Jessi Isenhart, Trial Attorney
Emily Datnoff, Trial Attorney
Taylor Hilton, Trial Attorney
U.S. Equal Employment Opportunity Commission
Cleveland Field Office
1240 E. 9th Street, Suite 3001
Cleveland, OH 44199
jessi.isenhart@eeoc.gov
emily.datnoff@eeoc.gov
taylor.hilton@eeoc.gov

*Attorneys for Plaintiff*

/s/ Daniel Birnbaum
Daniel Birnbaum

4