IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | Civil Action No. 2:23-cv-3010 |
| Plaintiff, | ) ) | Judge Michael H. Watson |
| v. | ) ) | Magistrate Judge Kimberly A. Jolson |
| UNITED HEALTHCARE SERVICES, INC., | ) ) ) | |
| Defendant. | ) ) ) | |

**AMENDMENT TO MOTION FOR LEAVE TO FILE A REPLY
IN SUPPORT OF THE EEOC'S MOTION TO EXCLUDE DEFENSE EXPERT**

The EEOC filed a Motion for Leave to File a Reply in Support of its Motion to Exclude

Defense Expert ("Motion for Leave"), Doc. 90, on June 11, 2026. The EEOC requested leave to

file the proposed reply by June 16, 2026. On June 15, 2026, UHC filed an Opposition to the

EEOC's Motion for Leave, Doc. 91, triggering the start of the period for the EEOC to file a

reply in support of the Motion for Leave under Local Rule 7.2, which the EEOC plans to do.

Therefore, the June 16, 2026 deadline the EEOC requested in its Motion for Leave is no longer

feasible. Accordingly, the EEOC hereby amends its Motion for Leave, Doc. 90, to respectfully

request leave to file the proposed reply in support of the EEOC's *Daubert* Motion *by a date
the Court determines to be reasonable if the Court grants the EEOC's Motion for Leave*.

Respectfully submitted,

*s/ Jessi Isenhart*
Jessi Isenhart, Trial Attorney
U.S. Equal Employment Opportunity Commission
Cleveland Field Office
1240 E. 9th Street, Suite 3001
Cleveland, OH 44199
Telephone: 216-306-1121
jessi.isenhart@eeoc.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was filed by CM/ECF, this 15th day of June, 2026, with electronic notification to all counsel of record.


*s/ Jessi Isenhart*